IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE LINDA MERRITT**<br><br>*Debtor*<br><br>---<br><br>**LINDA MERRITT**<br><br>*Appellant*<br><br>v.<br><br>**PNC Bank, National Association,**<br><br>*Appellee* | **CHAPTER 13**<br>**CASE NO. 11-18134**<br><br><br>**CIVIL ACTION**<br>**NO. 15-04282** |

## ORDER

**AND NOW**, this 15th day of March, 2016, upon consideration of the Bankruptcy Court's Order Denying Motion for Reconsideration dated July 22, 2015, Appellant Linda Merritt's ("Merritt") Brief (ECF No. 7), Appellee PNC Bank, National Association's Response (ECF No. 8), Merritt's Reply (ECF No. 10), and oral argument on February 19, 2016 (ECF No. 16), it is hereby **ORDERED** that the Bankruptcy Court's July 22, 2015 Order is **AFFIRMED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1